IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY TODD CRYSTAL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-5844

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 2, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

John B. Kelly, III, Woodville, for Appellant.

Pamela Jo Bondi, Attorney General, and Jessica DaSilva, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, WETHERELL, and MAKAR, JJ., CONCUR.